**EXHIBIT 1**

# IN THE PAINESVILLE MUNICIPAL COURT
## LAKE COUNTY, OHIO
### SMALL CLAIM COMPLAINT

CASE NO: CVI 1801601

PAINESVILLE MUNICIPAL COURT

2018 SEP -4 P 12:42

NICHOLAS CINDRIC
CLERK OF COURT

**Plaintiff(s):**

Name: BRYAN ANTHONY REO
Address: 7143 RIPPLING BROOK LANE
City/State/Zip: CONCORD TWP, OHIO 44060
Phone: 440-313-5893

**Defendant(s):**

Name: CHARTER COMMUNICATIONS, INC.
Address: 400 ATLANTIC STREET
City/State/Zip: STAMFORD, CT 06901
Phone: _____

TO THE CLERK:
Please take notice that a claim is hereby filed against the above defendant(s) and request that he/she/they be summoned to appear in Court to answer same.

### STATEMENT OF CLAIM

Defendant violated the Telephone Consumer Protection Act and the Ohio Consumer Sales Practices Act by making or causing to be made violative telephone calls to Plaintiff's cellular telephone. Defendant's calls were made using an auto-dialer and were made to a cellular phone that is assigned a number registered on the National Do Not Call Registry. Defendant lacks express prior consent or any sort of established business relationship with Plaintiff. The calls were made throughout 2018.

Wherefore, Plaintiff seeks judgment in the amount of $6,000.00, plus interest at 4 % per annum from date of judgment or from the following date _____, and for the costs of this action.

STATE OF OHIO
COUNTY OF LAKE

AFFIDAVIT OF COMPLAINANT'S CLAIM

Bryan Reo, being first duly sworn on oath, state that he is/she is/they are the plaintiff(s) in the above-entitled cause; that the said cause is for the payment of money; that the nature of Plaintiff's demand is as stated, and that there is due to Plaintiff from Defendant the amount stated above; Defendant(s) is/are not now in the military or naval service of the United States.

X _Bryan Reo_
Plaintiff's Signature

Subscribed and sworn to before me this 4 day of September, 2018

_____
Deputy Clerk or Notary Public

RUTH ANN SHULTZ
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Lake County
My Comm. Exp. 4/7/19

```
                    PAINESVILLE MUNICIPAL COURT
                       7 Richmond St., Box 601
                        Painesville, Ohio 44077
                            (440) 392-5900
                     Web: www.pmcourt.com
```

(cv) Reo, Bryan Anthony                    Case No. CVI 1801601

    7143 Rippling Brook Lane            NOTICE  OF
    Concord Twp., Oh 44077              SMALL CLAIMS
                                            HEARING
        -vs-

(cv) Charter Communications Inc

    400 Atlantic Street
    Stamford, Ct 06901
                      * * * * * * * * * * * * * * *

    You are hereby notified that the above case has been assigned for <u>SMALL CLAIMS HEARING</u>

on <u>WEDNESDAY</u> , <u>10/17/2018</u>   at <u>08:30 AM</u>   in the PAINESVILLE MUNICIPAL COURT, Painesville, Ohio.

    *** YOUR SMALL CLAIM HEARING IS LIMITED TO 15 MINUTES ***

> PLEASE CALL THE COURT AFTER 3:00 P.M. ON THE <u>LAST BUSINESS DAY PRECEDING YOUR HEARING DATE</u> TO MAKE SURE THAT YOUR CASE WILL BE HEARD.

                                                  Nicholas Cindric
                                                  Clerk of Court
                                                  Sep  5, 2018

                                                  *Angela Herakovic* (signature)
                                                  Angela Herakovic
                                                  Deputy Clerk

    * All requests for continuances must be submitted according to the rules of procedure.  <u>No continuances will be granted by phone.</u>

cc: Bryan Anthony Reo, Esq.
    Charter Communications Inc

# SMALL CLAIM SUMMONS AND NOTICE

PAINESVILLE MUNICIPAL COURT
7 Richmond Street, P.O. Box 601
Painesville, OH 44077

CASE#: CVI 1801601

| Reo, Bryan Anthony | Charter Communications Inc |
|---|---|
| 7143 Rippling Brook Lane<br>Concord Twp., Oh 44077 | 400 Atlantic Street<br>Stamford, Ct 06901 |

VS.

-Plaintiff(s)                                                                              -Defendant(s)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TO: Charter Communications Inc**

Please take notice that a claim has been filed against you in the Small Claims Division of Painesville Municipal Court.

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                          *
*    THE COURT WILL HOLD TRIAL ON THIS CLAIM IN THE SMALL CLAIMS *
*                                                          *
* DIVISION LOCATED AT 7 RICHMOND ST., P.O. BOX 601, PAINESVILLE, *
*                                                          *
* OHIO 44077:   AT 08:30 AM  ON WEDNESDAY , 10/17/2018 .   *
*                                                          *
* !!!PLEASE CALL THE COURT AFTER 3:00 PM ON THE LAST BUSINESS DAY *
*      PRECEDING YOUR HEARING DATE TO SEE IF CASE WILL BE HEARD!!! *
*                                                          *
*                Phone:  440 392-5900                      *
*                                                          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

If you do not appear at the trial, judgment may be entered against you by default, and your earnings may be subjected to garnishment or your property may be attached to satisfy said judgment. If your defense is supported by witnesses, account books, receipts, or other documents, you must produce them at the trial. Subpoenas for witnesses, if requested by a party, will be issued by the clerk. If you admit the claim but desire time to pay, you may make such a request at the trial.

| Plaintiff's Attorney: | NICHOLAS CINDRIC, CLERK OF COURT |
|---|---|
| Bryan Anthony Reo<br>P. O. Box 5100<br>Mentor, Oh 44060<br>(440) 313-5893 | Sep 5, 2018<br><br>By: *Angela* _____<br>Deputy Clerk |

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) — Harrick
C. Date of Delivery

1. Article Addressed to:

CVI 1801601    SCS

CHARTER COMMUNICATIONS
400 ATLANTIC STREET
STAMFORD, CT 06901

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PAINESVILLE MUNI SEP 14 A 10:37

NICHOLAS CINDRIC
CLERK OF COURT

9290 9901 8309 1403 3293 00

2. Article Number (Transfer from service label)

9214 7900 1690 0100 1465 90

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, (facsimile) July 2015    Domestic Return Receipt