## Docket Entries: CVI1801601

**09/17/2018**

- HEARING NOTICE ISSUED TO BRYAN ANTHONY REO RETURNED "NO SUCH STREET"; ADDRESS IS CORRECT - REISSUED NOTICE TO P. O. BOX OF ATTORNEY

**09/14/2018**

- CERT. MAIL SERVICE ON CHARTER COMMUNICATIONS INC
  RE: SCS DOCUMENT
  CERT MAIL # 9214 7900 1690 0100 1465 90
  SIGNED BY JOE HARRICK

**09/05/2018**

- CASE SET FOR A SMALL CLAIMS ON 10/17/2018 AT 8:30 AM
  HEARING NOTICE ISSUED TO PLAINTIFF

- SMALL CLAIMS SUMMONS ISSUED TO DEFENDANT(S) BY CERTIFIED MAIL.

- CERTIFIED MAIL SENT TO CHARTER COMMUNICATIONS INC
  CERT. MAIL NO. 9214 7900 1690 0100 1465 90

**09/04/2018**

- CASE WAS FILED WITH COURT

- NEW SMALL CLAIMS COMPLAINT WITH 1 DEFENDANT $60.00

- PAYMENT - RECEIPT NO. 1807116 IN THE AMOUNT OF $ 60.00

- REGULAR MAIL REQUESTED, IN THE EVENT THAT CERTIFIED MAIL IS RETURNED "UNCLAIMED" OR "REFUSED".

Copyright © 2006 - 2018 Painesville Municipal Court
Site designed by Henschen & Associates, Inc.

**EXHIBIT 2**